Decided May, 1902.

## McAULIFF'S WILL.

From Baker: ROBERT EAKIN, Judge.

This is a contest of the will of Dennis McAuliff, by Mary Foster, which resulted against the contestant. This appeal resulted.                                    AFFIRMED.

*Mr. William J. Lachner* for appellant.

*Mr. Julius C. Moreland* and *Mr. John L. Rand* for respondents.

On stipulation of the parties the decree sustaining the will was affirmed. No opinion.            AFFIRMED.